*In The United States District Court*
*For The Eastern District Of Arkansas*

Kimberly Kenney                                                                  PLAINTIFF

*CASE NO.* **4:16CV659-JM**

University of Arkansas at Little Rock                          DEF**FILED**
                                                                         U.S. DISTRICT COURT
                                                                  EASTERN DISTRICT ARKANSAS

                        *COMPLAINT*
                                                                         SEP 1 2 2016

Plaintiff for its Complaint states:                             JAMES W. McCORMACK, CLERK
                                                                         By:_____

## POLICE INVESTIGATION                                                        DEP CLERK

                                           This case assigned to District Judge _____
                                           and to Magistrate Judge _____

## INCIDENTS HAPPENED AT MY RESIDENTS

December 22, 2015 at 4: 20pm there were a knock on my door and when I answer the door it was a

Africa American guy who wanted to talk to me about Kirby Reaction Report, I told him not at this

time. He was acting as thou, he were not going to accept, No for answer. He told me his name were

Richard Adigwe. He also showed me a news letter with him and other people in the picture. He told me

all I would like to do is demonstrated my product and you can tell others about us. So I let him inside

my house. When he came into my kitchen, I started walking toward the Living room and he followed

me, then I heard something click and seemed like it hit the floor then I turned around to see what

happened but Richard was so much over talkative and it distracted me. Richard told me that their

company has a product and all he wanted to do is demonstrate his product by cleaning my floors and

my Living room. Richard told me he had someone else that was working with him, and he is around the

corner doing another house. Richard introduce me to this other guy and he said this is my brother, Paul

and he will be cleaning your floors. Paul brought inside my house a Avalir Kirby Vacuum cleaner and

a Multi-Surface Shampoo System. Richard told me that he needed to leave and go to other houses.

After, Richard left I ask Paul who really sent you all over here to clean my house.

 Paul told me that it was UALR, which is University of Arkansas at Little Rock. I asked him who? he

said, I don't remember who it was. Paul did the Living room and he wanted to do my whole house but I

did not let him. Paul asked me can I Vacuum your carpet then I let him Vacuum one of my bed room floor. Paul finally called his brother Richard to pick him up. When Richard came back to pick Paul up, he gave me a business card. Then when they finally left I went into the kitchen and I looked on the floor and I saw my door knob plate covering was damaged, it was bent and twisted on the floor. The Plate has been jerked off of the kitchen door by the dining room table. Then I notice that this was the sound I heard that fell on the kitchen floor. came from when he enter my house thru the kitchen door. However, this is why I believed my house has been wired. Because, Paul told me that UALR sent them here to clean my house. On January 19, 2016 between 7:45 and 8:30pm I called # 311 I spoke to Dave and he sent Officer Schisler, to my resident because, someone has been tapering with my Kitchen door trying to break inside my house. The kitchen door has marks where it shows that someone was trying to get in. There were a Detective investigating on this case, but I never heard from this investigator. But there were contact with him through my Email. I also took pictures of these incidents and the Detective told me to send him pictures of the incidents. On December 22, 2015 I send it to Detective E Barnes of both incidents. On January 21, 2016 someone was trying to break in my house" I also spoken to a LRPD Supervisor, Clemtine. I do not know who to trust and who is working for who. So, I have been checking behind those who have been assisting me concerning these incidents. I believe my house has been wired. I also spoke to Detective Todd Hurd and I also sent him photos of my Door Knob Plate. He said he will investigate it and he will get back with me. At this point I have not heard from either incidents.

### POLICE INVESTIGATION

On October 16, 2014 I have been an employee since August 0f 2004, within the University of Arkansas at Little Rock and I have been transferred from Institutional Services to UALR Police of the Department of Public Safety. I believe within this department I have been under investigation the whole time without me knowing it. I was told by Annette Tangye that she needed to do a Background check before I can be transfer to Department of Public Safety. UALR treated me as thou I was a new

employee, I believe that UALR also did a Pre-employment screening work place investigation on me. Before I was transferred to this new position, UALR's Department of Public Safety I was mistreated by my employer, the University of Arkansas I believe that I was treat unfairly because of my physical medical disability. Title VII, the Americans with Disabilities Act of 1990, and Section 501.

However, on October of 2015 I went to the LRPD SWLR Division and I spoken to Chief Kenton Buckner at the Southwest Little Rock Division, I told him someone is monitoring my telephone calls. Chief Buckner told me, to invade someone privacy is illegal. He told me that who every is Monitoring your telephone calls they had to go to Court and get permission from a Judge in order to monitor your telephone calls. Chief Buckner told me that whoever is monitoring your calls they problem doing it by * Electronically Monitoring or * Cloned the Phone. Then He gave me a telephone number to call which was    501-918-3800.

However, my telephone calls were being monitored and wired and whoever it was they were listening on my telephone calls. I have got my telephone number changed at least three times. I spoken to a Detective Buckner and he told me it was against the law to screen a person calls. and he said in order for them to do this they had to go to court. So, the only time I have been in court was when I was sued for a Medical bill. I also believe that their has been a Tracking device put on my Vehicle. I have not requested a copy of my telephone records.

### Here is a list of things that were going on;

1. Monitoring my telephone calls

2. I believe my house has been Wired or Bug

3. My UALR Emails and my personal Email has been drafted

4. On November 26, 2015 at 3:55pm I received a call from one of the  ADT Alarm system
   Monitor,  her name was Katrina Kaltenbach and she told me that the motion detects  shows that

there is movements of someone in your Living room. I asked her what door did they enter, Katrina said the front door. I also, spoken to Joey Perez and he suppose to send me a copy of documentation of the monitoring. My Alarm system has been going off repeatedly, I also have the paper work. I have had my doors locks to my house changed three times since I have been staying here.

Wherefore, I would like to file a Law Suit and receive a Settlement for Punitive damages because therefore to invade someone privacy is illegal. Invasion of privacy is the intrusion into the personal life of another without of cause.

Respectfully Submitted,

By: <u>Kimberly Kenney</u>
5801 W 57th St.
Little Rock, Arkansas 72209
501- 413-8452
9-12-16

United States District Court
Eastern District Of Arkansas

Kimberly Kenney                Case No. _____                **PLAINTIFF**

### Micro- chip Device and MKULTRA Mind Control Technology
### Having it done and implanted against my will

My name is Kimberly Kenney and I have been an employee since, August of 2004 at the University of Arkansas

at Little Rock and my current position is within the University Police Law Enforcement of the Department of

Public Safety which is located at 5820 Asher Ave., Suite 700 Little Rock, Arkansas 72204. However, Mrs. Kenney

is a victim of a Technology research which consist of MKULTRA Mind Control, Remote Neural Monitoring,

Cybernetics and a Microchip device which has been involuntary implanted in her body, against her will. Mrs.

Kenney's employer had a lot to do with the implantation which has been put inside of her. This is against the

Law to have an employee chipped in order to perform their job. However, Mrs. Kenney has a Physical Disability

and not a Mental Disability which causes her to be on FMLA, Family Medical Leave Act within her employer.

However, before Mrs. Kenney was transferred to Law Enforcement she took some college classes at the

University of Arkansas and she received an Associate degree in Law Enforcement and this is when she was

transferred to the University Police of the  Department of Public Safety and the whole time she has been under

Secretly investigation within this department, without her knowing it.

However, Mrs. Kenney was mentally abused in the workplace, she has been going through so much

within her employer, the University of Arkansas, which caused her to be under depression which caused her

memory to lapse. Mrs. Kenney has been experiencing Discrimination and retaliation in the workplace. Mrs.

Kenney has also filed a complaint with the Equal Employment of Opportunity.  However, Mrs. Kenney is a victim

who has been involuntarily used as a guinea pig for a Technology Research. The implantation of the Microchip

Devices  took place at UAMS, the University of Arkansas for Medical Sciences at the Family Medical Center 521

Jack Stephens Drive by Dr. Nudrat Khatri MD. Mrs. Kenney went to the doctor to see an Obstetrics Gynecology

for her regular Pap Smear and it was done by Dr. Nudrat Khatri MD, she is the one that put the Micro-chip

Device in Mrs. Kenney's Vagina Rectum area. Mrs. Kenney also stats that one of the nurse got a syringe

pretending like she was drawing blood from her right arm, after she did this, there were  a bump that came up

on Mrs. Kenney's right arm. This has never happened when taking blood from my arm. Mrs. Kenney asked the

nurse why did this happened? The nurse told Mrs. Kenney that it will go down. Mrs. Kenney found out later that

she had a Micro-chip in her right arm. And when they, knew that Mrs. Kenney found out about the Microchip in

her right arm. Someone invade Mrs. Kenney's  privacy by breaking into her home and came into her house while

she was sleep that night and took the Micro-chip  out of her right arm. When, Mrs. Kenney woke up her arm

was splint and there were blood. But there is still, evidence of other foreign Objects of the Micro-chip Devices

and Cybernetics still inside of Mrs. Kenney's body.

However, Mrs. Kenney had a dentist appointment at the AEBERSOLD FAMILY DENTISTRY  just for a

routine cleaning. When, Mrs. Kenney went to her dentist appointment she was approached by someone in the

dentist office telling her that she needed to do an X-ray of Mrs. Kenney's  teeth. Mrs. Kenney stats that this was

odd because the lady asked her to step under this big Machine which  covered her whole head and it went

around her head repeatedly as though it was only taking an MRI of her brain. Mrs. Kenney believes that this

machine was not an X-ray of her teeth but she believes that it was an X-ray of Brain Mapping. However, there

has been a Conspiracy which involves a Technology Research of MKULTRA Mind Control and Remote Neural

Monitoring and those who are involved is the Law Enforcement of the University Police of Public Safety and

UAMS, the University of Arkansas For Medical Sciences and the Homeland Security, Central Intelligence Agency

and National Security Agency. And the Federal Government Research, Department of Defensive and also, the

Scientific Intelligence Division. However, Mrs. Kenney had a Power of Attorney, her name is Sarah Baber and her

Law Firm is Rainwater, Holt & Sexton, P.A. and Mrs. Kenney believes that her Attorney Sarah Baber was also

involved in this Conspiracy.

However, the University of Arkansas For Medical Sciences had their Attorney, Tim Cullen to sue Mrs.

Kenney in the District Court concerning unpaid  Medical Bills. Tim Cullen brought a judgment against Mrs,

Kenney for charges of an outstanding debt in the amount of $1,273.65 dollars. Tim Cullen had Mrs. Kenney's wages Garnished. Mrs. Kenney disagree with the Medical Bills that Tim Cullen said that she owed. Mrs. Kenney could not understand why UAMS filed a Law Suit against her because she had Health Insurance with QUALCHOICE Insurance, which was with her employer the University of Arkansas. Mrs. Kenney was also being represented by Sarah Baber which her Law Firm is Rainwater, Holt & Sexton, P.A. And Mrs. Kenney was also being represented by the Center for Arkansas, Legal Services Office located at 1300 W. 6th St. On October 28, 2014 Mrs. Kenney was scheduled for a Trail in court for unpaid Medical bills. And the Medical Bills that Tim Cullen sued Mrs. Kenney for was backdated Medical Bills for the years of 2011-2012. Mrs. Kenney was not notify about any Medical Bills until the year Of 2014.

However, Mrs. Kenney was taking advantage of a Technology Research of MKULTRA Mind Control which can take over her Brain, Body, Behavior to disrupt her memory and to alter a Mrs. Kenney's Sex pattern. This is Torture and Psychological Warfare. Mrs. Kenney has been subjected to unlawful Surveillance electronic harassment by a technology research. However, the Microchips which has been placed in Mrs. Kenney's body it track and monitor her every movements and thoughts. However, Mrs. Kenney called the Arkansas Department of Health and she spoke to the Assistance director' Reva and she told Mrs. Kenney that she needed to contact the Arkansas Health Facilities because she needed to do a complaint concerning a Medical Malpractice. Mrs. Kenney has also spoken to the Executive Director Stark Ligon, from the Arkansas Supreme Court. And Mrs. Kenney has also filed a complaint at the Medical Board and the Supreme Court. And this matter still has not been resolved yet.

However, Mrs. Kenney would like to file a Law Suit because her Civil Rights has been violated. This is a violation of the Nuremberg Code, the US Constitution Federal Statutes and Case Law.

On September of 2010, there were a Law which was passed, that it is against the Law to have an individual implanted with a Microchip Involuntarily and also under the Federal Law this is illegal. However, Medical Malpractice and Negligence did occur because a Health care Professionals violated the governing standard of care. And also, Mrs. Kenney was provided treatments, which caused her to suffer some Injuries, behind their

*experimentation. The foreign object of the Microchip Devices implanted in her body is remotely done by a Remote Neural Monitoring which can also cause Cancer and Alzheimer and Memory Lapses. However,because of this Human Radiation Experimentation of Mrs. Kenney's mind and the Microchip Technology Research, this has been a painful Emotional experience for her mentally and physically. The Micro-chip Device that has been put inside of Mrs. Kenney's body when it is scan, it has caused her all types of problems; Electroshock, which causes shocking pain through out her body, Stomach cramps, Blurr vision, uncontrolled irregular blood pressure and irregular Heart beat, Chest pains, Pressure on my bladder which causes frequency and weakness of urination, Constipation, Sleep deprivation, Stinging, burning and heat sensation irritation of my skin, Ringing and throbbing in her ears, Lightheaded and dizziness, Server chronic pain to her back and Lumbar Spine, painfulness and complication in her Uterus and Pelvic, Fatigue Nervousness and it also affects her Cognitive thinking and it is causing Mrs. Kenney to have Memory Lapse, Loss of Concentration, Severe chronic pain to her knees, legs and swelling to her ankles, Numbness and Tingling to her legs, hands, ankles, Headaches and neck pains, muscle cramps. However, the Microchip Device which has been placed inside of me is a tracking device and it is like a small beeper which has been placed inside of my Vagina rectum area which is a sensitive area of the body. The Device which has been placed inside of Mrs. Kenney, it is also connected to her Pelvic and Groan area so when the Remote Neural Monitoring is being used by the user, the remote delivered body shocks to the Groan and elsewhere. Which causes excessive server pain to all parts of her body.*

*However, Mrs. Kenney's Spine Cord nerves which goes through out her body, if there is a Electro-Device place in or on her body and if the user send Electro- stimulation then this is what causes Mrs. Kenney to receive contract pain and burning through out her body. This device can also cause a patient cancer. However, I have been injured by the doctor's negligence and Microchipping Devices. When this Microchip was implanted inside of Mrs. Kenney, she became electronically connected to a computer system which can manipulate her mentally, physically and emotionally and track her miles away. Mrs. Kenney is being track with the electrical currents in her body. When, she leaves her house every corner she drives to there were a Perpetrator or Gang Stalker at every corner texting each other. Gang Stalking is an undercover Investigation and the police supports*

Gang Stalking.

On May 24, 2015  I believe I was poison with a type of Chemical, Nerve Gas because I woke up that night and my windpipe was closing down. I had to rush to the emergency room, it seems like I was having a Heartache Attack and Mrs. Kenney was having Tightness in her chest, Coughing, Nausea and she was also Wheezing and she could not catch her breath. When

Mrs. Kenney made it to the University of Arkansas For Medical Sciences emergency room she was rushed to the back, all the doctors just looked at her as she was gasping for her breath, Then someone called the Chaplain. Then, there were other doctors that came into the room and one of the doctors finally gave Mrs. Kenney two pills of Antidotes.

However, I am a victim of a Technology research tracking device and  of a MKULTRA Mind Control , Cybernetics and Remote Neural Monitoring by the CIA and the NSA, National Security Agency. This Technology is done by extracting the EEG data from the Human's brain at a distance with no contacts or electrodes required. The NSA, has the capability to decode this data to extract Subvocalizations, Visual and Auditory data. It allows access to a person's thoughts without their knowledge or permission. This Technology is being used by the Remote Neural Monitoring. However,  I have been under Investigation ever since, I was transferred to the Law Enforcement of the University Police within the University of Arkansas at Little Rock.

However, the Microchip Device which has been put inside Mrs. Kenney it is read by a Electromagnetic Scanner which sends Radio Frequency and Electroshock throughout her body. This is a Health hazards issue because, the side affects can cause Cancer, Neuro damages, aggressive behavior, Personality changes, Mental issues and can cause Memory lapses and can destroy a person Emotionally and Physically. And the Sub-Aural Frequency can blasts and erases memory and the Remote Neural Monitoring map out the electrical activity which is done without Mrs. Kenney's contact and this is done by Remote Neural Monitoring. However, the Human Experimentation which has been done on Mrs. Kenney is a silent treatment to break down the subject's personality by trying to restore it with a new personality. The RNM, is used for Security Maintenance and Surveillance purposes.

*The Remote Neural Monitoring works remotely to control the brain in order to read and detect any criminal thoughts taking place inside the mind of a possible perpetrator. Remote RNM Devices, it manipulates emotions, thoughts and read thoughts remotely and causes pain to any nerve of the body. This Technology Research can program or manipulate Mrs. Kenney to become suicidal , happy, sad or very nervous for absolutely no reason at all. However, the Central Intelligence Agency experimentation on Human is trying to weaken an individual to force confessions through mind control. However, the CIA, use experimentation on Human beings by beaming words, thoughts and pictures into a victim's mind.  However, Mrs. Kenney is being Torture Psychologically and Physically and she is being tortured and treated like a criminal and she has not committed, nor has she been involved in any criminal activity. When Mrs. Kenney was transferred to the University Police she was told by the Director, Annette Tangye from the Human Resource Department that all Mrs. Kenney needed to do was have a Credit History and Police background check done. Mrs. Kenney is been harassed by MKULTRA and all improper illegal activities of CIA. I have did some research by reading and I have found out that the "Deputy Director of CIA revealed that over 30 Universities and Institutions were involved in an extending testing and experimentation program."*

*However, my employer, the University of Arkansas within the Law Enforcement of University Police has a lot to do with this Conspiracy. This is against the Law to have an employee chipped in order to perform their jobs. However, since all of this has been going on someone has been involuntarily assigned to monitor Mrs. Kenney while she is being under  attack and under investigation. The Perpetrator is invading, Mrs. Kenney's Space, the Perpetrator is connected to Mrs. Kenney's Computer at home. Mrs. Kenney's house has also been wired and whoever it is has been monitoring and screening all Mrs. Kenney's telephone calls, she had her telephone number changed 3 times.  And there is also hidden Surveillance cameras in her home. The Perpetrator is monitoring Mrs. Kenney at work and at home without her authorization. The Perpetrator is just Torturing Mrs. Kenney by trying to destroy her life. The Perpetrator has been connected to everyone that she is involved with, the Perpetrator has destroyed Mrs. Kenney's relationship with the people that she communicate and socializes with, Family, Friends and Church members. Since the Perpetrator has done this I am now isolated*

from everybody because I am dealing with frustration and stress and depression. My life has changed a lot behind this because the Perpetrator has ruined my reputation, this is Character Assassination. Before this happened to me, I was out going I had a great life and great personality and I enjoy going to Church. This issue has been filed in the Circuit Court of Pulaski, Arkansas and also the Arkansas Supreme Court.

However, Mrs. Kenney was used for a Technology Research involuntary which was against her will and she has been going through Physical and Psychology torture. This is torture and I want this device remove and all other foreign objects. I have experienced; MKULTRA Mind Control and it is a very painful Emotional experience, which caused me a lot of torture and harassment. However, Mrs. Kenney has no privacy because of the NSA Surveillance and this violates her Constitutional Civil Rights, this is a violation of the Constitutional Law. The Central Intelligence Agency and the Government are using Tetra which is breaking the Law, they using on Law Enforcement Police Officers. This is against the Law ,the Constitutional Law. Mrs. Kenney stats; that Since, she has been involuntarily, part of a Human Experimentation and the Technology Research and the Microchip Devices which has been placed inside of her it has caused her all kind of complications. Mrs. Kenney was used as a guinea pig for a Federal government research and this is not fair. Mrs. Kenney has also contacted the Medical Board and nothing was resolve.

WHEREFORE, *Plaintiff prays for an award which would compensate her for punitive damages and severe emotional distress inflicted by Defendants, and in addition thereto, Plaintiff prays judgment against each Defendants is in her favor. The Plaintiff also request the relief regarding all court costs, fees and other proper relief to which it may be entitled.* I also would like to be able to receive my Civil Rights as a U.S. Citizens. Petitioner requests that reconsideration be granted and that the decision be made to give petitioner all the benefits to which she is entitled.

Kimberly Kenney
5801 W 57th St.
Little Rock, Arkansas 72209

9-12-16

KIMBERLY KENNEY                                              PLAINTIFF

    V.s

UNIVERSITY OF ARKANSAS
AT LITTLE ROCK; UALR UNIVERSITY POLICE,DPS
UALR STUDENT ACCOUNTS;
UALR FINANCIAL AID
OFFICE                                                       DEFENDANTS

Plaintiff Complaint stats;

    *Plaintiff, Kimberly Kenney filed a complaint alleging discrimination of her disability*

*and retaliation. Title I of the Americans with Disabilities Act, 42 U.S.C. 12111 - 12117*

*And a new charge personal Injury within her current employer which is the University of*

*Arkansas at Little Rock. The Plaintiff is an employee at the University of Arkansas, she*

*has been an employee here since, August of 2004. The Defendant is the University of*

*Arkansas, a business which is a college school for students. The Court has jurisdiction of*

*the parties and subject matter of this suit. Venue is Proper.*


    *Workplace Discrimination and Retaliation of Employment within the Plaintiff's*

*Employer the University of Arkansas which is located at the University Avenue of Little*

*Rock, Arkansas 72204. However, Mrs. Kenney has been experiencing discrimination and*

*retaliation within her employer since, April of 2011 and this is also the year when the*

*Plaintiff was diagnosis with a Medical Physical Disability and not a Mental Disability which*

*cause her to be on FMLA, Family Medical Leave Act.*

*On October 21, 2011 the Plaintiff was persuade and manipulated into signing a form by*

*Latonda Williams, she told Mrs. Kenney if she sign this form this would help her to get*

*what she needed to finalize the FMLA paper work. But, the Plaintiff finds out later that*

*Mrs. Williams was going behind her back submitting and requesting documentations from*

*the Family Medical Center. On November of 2011 Mrs. Williams suggested that*

*Mrs. Kenney needed to have a functional capacity evaluation and also to be evaluated to see if Mrs. Kenney's Medical Condition is really necessary. Plaintiff stats that Mrs. Williams wanted complete control concerning her documentations and medical conditions. Plaintiff stats that one of the employees from the Family Medical Center was sharing Mrs. Kenney's Medical Information with Mrs. Williams without the Plaintiff's consent.*

*On March 30, 2012  Mrs. Kenney requested a Reasonable Accommodation due to a Physical Medical Disability and it was deny.  Mrs. Kenney sought an Attorney for assistance within the  Center for Arkansas Legal Services because Latonda Williams and Annette Tangye refuses to give her a reasonable Accommodation.*

*However, on May 2012 the Plaintiff took some College Level classes and she received an Associate degree in Law Enforcement. Mrs. Kenney has been trying to pursue her Career  by going back to College by taking more college classes but there were hindrances within her employer. The Plaintiff register for classes and they kept rejecting the Plaintiff classes. One of the Co-workers was Kmika Gaines she kept denying Mrs. Kenney's classes. So, Mrs. Kenney register for classes again and Sandra Vail received Mrs. Kenney's class schedule and she wrote all over her paper void and cancel. The Plaintiff wanted to Major in the Social Work department and all she needed was two classes to be accepted in the SW program. But, the only time the classes were offered was only in the Spring Semester, and during Mrs. Kenney's work hours. However, the Plaintiff stats that she is a dedicated worker and she would always come to work an hour before her schedule time. However, the classes that Mrs. Kenney was trying to take were offered from 1:40pm to 2:55pm. And her work  hours was from 5:30am to 2:00pm and all of the University of Arkansas, employees were allow to come down early at least 10 minutes. However, after, this happened with the rejection of Mrs. Kenney's  classes the Plaintiff received a letter from Shannon Collier she was the BSW program Coordinator. The letter Mrs. Kenney received stats that she will not be accepted in the SW program. There were a disagreement concerning this because Mrs. Collier told the Plaintiff the*

reason she was not accepted to SW program was because of her GPA. The Plaintiff stats this was not true because Mrs. Kenney's GPA is in good standards. The Plaintiff took an Introduction to Social Work class and Mrs. Kenney's teacher was Mrs. Catherine Crisp the grade Mrs. Kenney received was not her correct grade, the grade her teacher gave her was due to unfairness. ( dispute ). Title IX of the Education Amendments of 1972.

On May 30, 2012 Mrs. Latonda Williams from the (UALR ) Human Resource Department contacted Mrs. Kenney for a meeting due to her FMLA Documentation. When Mrs. Kenney came to the meeting Mrs. Williams had a lot of other Co-workers in this meeting. Mrs. Kenney asked; Mrs. Williams why were these Co-workers in the meeting. Mrs. Williams acted like she did not know why the Co-workers was in the meeting. Mrs. Kenney Civil Rights has been violated because by the HIPAA Law her medical information should have been kept confidential. The Health Insurance Accountability Act of 1996( HIPAA )The Plaintiff has been experiencing discrimination and retaliation in the workplace since, she has been diagnosis with a Medical Physical Disability.

On February 28, 2012 Mrs. Williams was refusing to accept Mrs. Kenney's documentations from her doctor and she had the Plaintiff going back and forth to the doctor and to the Human Resource Department. Mrs. Williams received a doctor statement from Mrs. Kenney and she destroyed it by writing all over the documentations and she refuse to accept it. However, the Plaintiff applied for a new position to be transferred within the same company.  However,on March 27, 2012 the Director, Sandra Vail set a time for Mrs. Kenney's disability breaks examples; 7:00am to 7:15am, 8:45am to 9:00am, How can you set a person disability breaks?

On September 29, 2014 the Plaintiff received an Email from the Director, Annette Tangye stating that all she needed, in order to transfer to a New position within the University Police of the Department of Public Safety was an Investigation of a  Criminal Background check. During transitioning to the new position Mrs. Kenney has been experiencing discrimination within this department by Chief Carter and Annette Tangye

*and other Co-workers. Title VII of Civil Rights Act of 1964. There were a debate going back and forth in Emails concerning Mrs. Kenney's FMLA, Family Medical Leave Act papers and her ADA form and other issues.*

*The Plaintiff took some College Level classes and she received an Associate degree in Law Enforcement. On October 16, 2014 the Plaintiff was transferred to the University Police, Department of Public Safety. However, Mrs. Kenney finds out later that there was Investigations done without her permission within her employer the  University of Arkansas in the University Police Department of Public Safety.  On September 17 2015 There were a Secretly Investigation done on Mrs. Kenney, without her knowing it. Plaintiff stats that all theses investigations that has been done on Mrs. Kenney, it has a lot to do with her employer, the University of Arkansas. However, there were an investigation done on Mrs. Kenney  which was on September 17, 2015  of a  Pre- Employment Screening which was an interview of a Psychology test done on Mrs. Kenney at the Pulaski County Central Health Unit located at 3915 W 8th St. Little Rock, Arkansas 72204. There were another investigation done An (NCIC); National Crime Information Center checks violations of accidents. However, Detective Sharon Houlette and Officer Rodney Barnes did an Investigation, of an Insurance Fraud by using someone else to investigate Mrs. Kenney. On October 13, 2015 Plaintiff received  a letter from the University of Arkansas Records and Registration Department, it was a letter of an investigation police report retrieval service from Allstate Insurance Company  requesting a police report from the University Police Substation. Plaintiff stats that Allstate Casualty Insurance Company was one of the responsible party from an accident in 2013. The investigation was done by using someone else in the letter, but it was referring to  the Plaintiff. The investigation was done to see if Mrs. Kenney has committed Insurance fraud. The Plaintiff has been under investigation within her employer. However, Sergeant Jennifer Lusk Cloned Mrs. Kenney's telephone when it was on her desk in the office pretending like she was showing Mrs. Kenney pictures  from her telephone and she also did an Investigation of a*

*Arkansas Crime  Information Center on Mrs. Kenney. Sergeant  Lusk made a racial comment about Mrs. Kenney with another Co-worker Sharon Houlette. Sergeant Lusk enter the office by passing Mrs. Kenney's desk, in an hostile way and she speaks out loud and she  said I don't care about her being "Mentally Unstable. After, this outburst Sergeant Lusk was moved out of the office at another location.*

*On March 24, 2016 Chief Carter calls Mrs. Kenney on the telephone and Chief Carter told the Plaintiff to come to the office, so she could do a Classified Employment Performance Evaluation on her. When Mrs. Kenney came to the office for the meeting Chief Carter and Sergeant Lusk they wanted Mrs. Kenney to take some Mental Illness classes. The Plaintiff stats that to her it seems like it was just a racist comment. The Plaintiff stats that she has a Physical Medical Disability and not a Mental Disability.*

*However, Plaintiff is a victim of a Technology research tracking device which has been implanted against her will. The Micro-Chip Device has been put inside of  the Plaintiff without her consent. Mrs. Kenney's employer had a lot to do with the implantation which has been put inside of her. This is against the Law to have an employee chipped in order to perform their job. The Micro-chip Technology Research Tracking Device was  put inside of  the Plaintiff's Vagina Rectum area, which is a sensitive area of the body. This is a violation of her Constitutional Rights. Mrs. Kenney seen a Obstetrics Gynecology for her regular Pap Smear by Nudrat Khatri MD, she is the one that put the Device in Mrs. Kenney's Vagina. The Plaintiff  also stats that one of the nurse got a syringe pretending like she was drawing blood from her right arm, after she did this, there were  a bump that came up on Mrs. Kenney's right arm. So, she asked the nurse why did this happened? The nurse told Mrs. Kenney that it will go down. This took place at the University of Arkansas for Medical Sciences at the Family Medical Center 521 Jack Stephens Drive. However, since this device has been put inside of Mrs. Kenney, she has been going through Physical and Psychology torture, irregular heart beat, shocking pain through out her body, sometimes blur vision, stomach cramps, severe back problems,*

*Headache, uncontrollable blood pressure, Loss of contraction, muscle cramps and it also affects her Cognitive thinking and also it is causing her to have Memory Lapse, fatigue. This was done involuntary. Mrs. Kenney stats that because of the Micro-Chip it has been Tracking her every move. And reading the thoughts of her mind. The Spine Cord nerves go through out the body and if there are Electro- device place on a Human body then you send Electro- stimulation then that person will receive contract pain and burning through out their body. This device can also cause a patient cancer. This is torture and the Plaintiff wants this device remove now. Mrs. Kenney was used as a guinea pig for a Federal government research and this is not fair. Mrs. Kenney also contacted the Medical Board and nothing has been resolve. The Plaintiff;s Civil Rights has been violated. Mrs. Kenney's employer had a lot to do with the implantation which has been put inside of her. This is against the Law to have an employee chipped in order to perform their job. This is a Conspiracy within my employer, the University of Arkansas.*

*On September 30, 2014 retaliation took place because Mrs. Kenney's employer, had taking her off the UALR Payroll when she was laid off due to an error of the University of Arkansas. The University of Arkansas cheated Mrs. Kenney out of her hours and wages which was adjusted. The Plaintiff was paid on September 30, 2014 and when her money was funded in her Arvest Bank Account the Plaintiff employer did a withdraw by taking the funds back out of her Bank Account. On October 3, 2014 the Plaintiff called the University of Arkansas Payroll Department and she spoke to Sharon Linz. And she was told by Mrs. Linz that they did a refund to make sure that she would not be over paid. This did not make any sense. This was just retaliation within her employer.*

On October 6, 2014 Mrs. Kenney called the Payroll Department and she spoke to Cheryl Snuffer and she asked Mrs. Kenney's for her (T#) number and the Plaintiff gave it to her. And after Mrs. Snuffer received the Plaintiff's (T#) she deleted Mrs. Kenney's Boss Account of the summary of her income wages for September 30, 2014 without the Plaintiff consent. Mrs. Kenney balance in her Arvest Bank Account it showed 0 balance.

So, after this Mrs. Kenney called and she spoke to Katrina Christopher, she told Mrs. Kenney that her hours was not completed this is not true because Mrs. Kenney had already checked her Boss Account and she had all her full hours for that month. Then Katrina hung up the telephone in Mrs. Kenney's face. This is when the Plaintiff called the Equal Employment Opportunity Commission. And one of the investigator, which was *Johnny Glover and the Plaintiff told Mr. Glover that her check was taken back out of her Arvest Bank account. Mr. Glover gave me a telephone number 223-9114 which was the WAGED HOUR DEPT. OF LABOR. And I spoke to KENA from the Department of Labor. And she called the UALR Payroll Department and Mrs. Kenney's employer had to refund Mrs. Kenney money back into her Bank Account. But, instead, UALR just cut Mrs. Kenney a Check and it was still an incorrect payment amount. The Plaintiff did not receive her full payment for the month of September 30, 2014 "Labor Standards Division."*

*However, on September 18, 2014 Mrs. Kenney was Injured on the job and she was laid off due to lifting restrictions from her doctor. The Plaintiff did not receive a Reasonable Accommodation. On September 22, 2014 Mrs. Kenney filed a grievance complaint concerning a decision which was made on behalf of the Plaintiff. Mrs. Kenney's Civil Rights has been violated when she was wrongfully dismiss off her job due to a medical disability. Mrs. Kenney ask for a mediation and had it notarized and it was deny, she still did not receive a Reasonable Accommodation. Before, Mrs. Kenney's Injury she was under doctors' care and her Supervisor, Shirley Clark and Latonda Williams was aware of this, that the Plaintiff was under doctors' order. ( OSHA ) Occupational Safety Health Act. However, the Plaintiff has documentations in Emails, which is proof that she has been asking the Director, Annette Tangye, Latonda Williams and Mrs. Wirges for a Reasonable Accommodation since the year of 2012 due to a Physical Medical Disability. On September 19, 2014 Plaintiff received an Email it was from the UALR Recruitment it was an Email were the Plaintiff was being dismissed from her employer. On September 22, 2014 Mrs. Kenney submitting documentation a letter which has also been notarize*

*she was requesting a Reasonable Accommodation to return back to work, her request*

*was deny. However, when Mrs. Kenney was laid off, she emailed Mrs. Williams for some*

*type of resources that she could received until her employer allow her to return back to*

*work. Mrs. Williams mentioned the Catastrophic Leave, which was not available because*

*Mrs. Williams told Mrs. Kenney that she had to be off 30 days, to receive this type of*

*benefits. However, On September 22, 2014 Mrs. Annette Tangye and Sandra Vail,*

*Mrs. Williams refused to let the Plaintiff come back to work. Even though, the Plaintiff*

*have a Physical Medical disability she was told through her Emails that she could not*

*return back to work until her Physician up lift the restrictions by releasing the Plaintiff to*

*return to full duty with no restrictions. Mrs. Kenney still did not receive a Reasonable*

*Accommodation. On September 22, 2014 the Plaintiff requested a meeting with the*

*Employment Relations Manager Mindy Wirges and she reviewed Mrs. Kenney's complaint*

*and she refused to let the Plaintiff come back to work.*

*On October 3, 2014 Mrs. Kenney was collecting all of her documentations so she*

*could transferred to the University police, of the Department of Public Safety. When Mrs.*

*Kenney received her Acceptance of Resignation letter from Dave Millay the letter stats;*

*that Mrs. Kenney was Terminated instead of being transferred to a new position. Plaintiff*

*stats that before she was transferred she has already been with the company since*

*August of 2004. However, the Plaintiff has also took some College Level classes and she*

*received an Associate degree in Law Enforcement. However, the Plaintiff was notified by*

*the Director, Annette Tangye that she would be classified as an Administrative Specialist I*

*/ Security Parking Assistant. Mrs. Tangye told Mrs. Kenney that she would be working at*

*the Donaghye Student Center. Since, the Plaintiff transferred as an employee within the*

*University Police Department of Public Safety, Chief Carter refuses to let Mrs. Kenney*

*have any Job assignment or any Training in this new position. The Plaintiff stats that Chief*

*Carter has been Discriminating against her due to her Disability, age and Gender/ Identity*

*discrimination. Chief Carter approach Mrs. Kenney a few times concerning relocation but*

the Plaintiff enjoyed the new position which was assigned by the Director, Annette Tangye. However since Mrs. Tangye is no longer with the company. When, Mrs. Tangye left, the Plaintiff was moved to another location, which was not her choice. The Plaintiff stats that there were a male Security Guard working part time in the parking deck he was trained for Mrs. Kenney's position. Gender / Identity Discrimination. Chief Carter moved Mrs. Kenney at another location which was the University Police Substation in the Stabler Hall building. And now the Plaintiff has been sitting for months with no Job Assignments. However, the Plaintiff has a placard  handicap hang tag and Chief Carter told the Plaintiff once she move at the New location Mrs. Kenney would be able to park right in front of the Stabler Hall building so this would be more convenient. Mrs. Kenney was harassed by two other Co-workers, Sharon Houlette and Tonya Soule telling Mrs. Kenney to move her vehicle. There were an altercation about  Mrs. Kenney parking in front of the Stabler Hall building by Tonya Soule.  Mrs. Kenney had to move her vehicle after, she moved her vehicle her car was keyed and Mrs. Kenney had to pay $800.00 for repairs. So, when she return to work she parked back in front of the building and Tonya Soule demanded that Mrs. Kenney move her vehicle then Mrs. Soule called Chief Carter and Mrs. Kenney was told to move her vehicle after Chief Carter told the Plaintiff she could park there. Plaintiff stats that Chief Carter was being Prejudice toward her. Chief Carter told the Plaintiff unless someone threat your life or your life is in danger you park in Lot 4.

On January 27, 2016 Tonya Soule was harassing the Plaintiff there were a time when Mrs. Soule was using profanity in the workplace in the office to provoke the Plaintiff. However, since Mrs. Kenney has been in the Department of Public Safety, Chief Carter has mistreated the Plaintiff and she has deprived Mrs. Kenney of her employment opportunities. Title 42 of US Code Section 1983. Chief Chief has been showing racial discrimination toward Mrs. Kenney. Plaintiff stats that there has been Segregation and Classification among the Employees. Chief Carter treats the Plaintiff unfairly she limits Mrs. Kenney's ability to learn and to gain success when it comes to Job opportunities.

*Title VII of Civil Rights of 1964, unlawful Employment practice. Plaintiff stats that there has been a Conspiracy within her employer, where there is Legal Restrictions and Limitation for Mrs. Kenney's position. In order for the company to do this Mrs. Kenney employer has set it up to make it look as though the Plaintiff is disordered or Mentally Incompetent.*

*The Micro-Chip Device has been put inside of the Plaintiff without her consent. Mrs. Kenney's employer had a lot to do with the implantation which has been put inside of her. This is against the Law to have an employee chipped in order to perform their job.*

*Function Title and Work Title; The University's Heads has came up with a Plan that would give them the Opportunity to make decisions to have positions and salary reviewed for potential reclassification and / or salary adjustment based on employees medical disability.*

*However, on October of 2015 Mrs. Kenney went to the LRPD SWLR Division and the Plaintiff spoken to Chief Kenton Buckner at the Southwest Little Rock Division, she told him someone has been monitoring her telephone calls. Chief Buckner told the Plaintiff to invade someone privacy is illegal. He told the Plaintiff who every is Monitoring your telephone calls they had to go to Court and get permission from a Judge in order to monitor your telephone calls. Chief Buckner told the Plaintiff that whoever is monitoring your calls they problem doing it by Electronically Monitoring or \* Cloned the Phone. Then He gave me a telephone number to call which was 501-918-3800.*

*However, Mrs. Kenney's telephone calls is being monitored and her house has been wired and also there were a Surveillance Smoke detector put in Mrs. Kenney's house. and whoever it was they were listening to all Mrs. Kenney telephone calls and viewing all her text messages. The Plaintiff has got her telephone number changed at least three times. When Mrs. Kenney spoke to the Detective Buckner and he told her it was against the law to screen a person calls. Plaintiff personal Email has also been drafted. Plaintiff stats that she do not understand how all this could have happened because Mrs. Kenney has an*

Alarm system with ADT. On November 26, 2015 at 3:55pm the Plaintiff received a call from one of the  ADT Alarm system Monitor,  her name was Katrina Kaltenbach and she told me that the motion detects  shows that there is movements of someone in her Living room. Mrs. Kenney asked her what door did they enter, Katrina said the front door. The Plaintiff also, spoken to Joey Perez and he suppose to send the Plaintiff  a copy of an incident report. Mrs. Kenney's Alarm system has been going off repeatedly and she has the paper work.

Since, June of 2016 Mrs. Kenney has been an employee for 11 yrs. And 5 months at the University of Arkansas.   Plaintiff, has  filed  complaints with the Equal Employment Opportunity Commission and my case was dismissed, but I have received a right to sue letter. Plaintiff stats that she was denied job duty instructions and Training because of her Physical Medical disability, In violation of the Americans with Disabilities Act of 1990, as amended. However, in 2014  the Plaintiff, attended college classes at the University of Arkansas at Little Rock. She withdraw from her classes due to physical medical conditions and other issues within her employer which was causing her Emotional Distress in the workplace. The Defendant which is the University of Arkansas has overcharged the Plaintiff with an outstanding balance in the amount of $1064.00 and there were other charges on the Plaintiff Account that should not be on her account. Mrs. Kenney spoke to Kevin Lewis in person which she withdraw her classes, he told Mrs. Kenney this is just a warning. Then he told Mrs. Kenney to go see someone in the Student Account office. I spoke to Mary Babineau and she told me that I may owe the school money.

On October 27, 2014 I requested an Appealed and Mary told me that it takes a couple of weeks. Sandra Ott denied Mrs. Kenney Appeal she said because she needed to see my Medical Documentations. Mrs. Kenney told Mrs. Ott by the HIPAA Law her Medical Documentations is kept Confidential but I told Mrs. Ott my Medical Information was on file in the UALR Human Resource Department. On December 8, 2015 The Plaintiff requested an hearing concerning the overcharged fees on her Account and it was also denied by

*Laura McCarty. Mrs. Kenney also contacted Karen Wheeler because she's over the Policy*

*issues.  Plaintiff stats that since she could not get anything resolved through the Student*

*Accounts she sought assistance through the Attorney General office.  Mrs. Kenney was*

*being assisted by Chris Campbell from the Attorney General Office. Mr. Campbell*

*requested Mrs. Kenney's Educational and Financial records from Mrs. Carlia Smith the*

*Director of Financial Aid, Mrs. Kenney do not know why Mr. Campbell requested her*

*Educational Records. ( FERPA ) Federal Education Rights Privacy Act 1974. The Plaintiff*

*sent Mr. Campbell her Financial Summary charges from her Boss Account. And after he*

*investigated  Mrs. Kenney's Case he told her to hired a private Attorney. The Plaintiff*

*denies that she owes any College Tuition she stats because she is a full time employee so*

*she receive 100% Tuition discount then the Plaintiff receives Financial Aid. Arkansas Go*

*Grant and Loans to apply toward her college Tuition. The Plaintiff review her Boss*

*Summary Account and she has been over charged in fees with the calculations of her*

*Loans and other charges which should not be on Mrs. Kenney's Account. The Plaintiff is*

*requesting that the UALR Student Account office, Sandra Ott Amend her Financial*

*Records and  Student Loans because there is a miscalculations in the total charges of*

*fees.*

Wherefore, Plaintiff would like to be recovery of compensatory and punitive damages because of the violations of Title VII, Title I the Americans with Disabilities Act of 1990. Plaintiff  also would like to be able to receive her Civil Rights as a U.S. Citizens in the workplace. Plaintiff is requesting the University of Arkansas for a raise, ( FLSA ) Fair Labor Standard Act. Petitioner requests reconsideration be granted and that the decision be made to give petitioner all the benefits to which she is entitled under the Labor code of the State of  Arkansas, including the relief requested here in.

*Respectfully submitted,*

*Kimberly Kenney*
*5801 W 57th St.*
*Little Rock, Arkansas 72209*

*9 - 12 -16*



**OFFICE OF**
**FINANCIAL SERVICES**

August 5, 2016

To Whom It May Concern:

This letter is to verify that Ms. Kimberly L. Kenney, Social Security Number XXX-XX-5252, ID Number T00209553.  Ms. Kenney's annual salary is $18,970.00, Hourly Rate is $9.12, Gross wages are $790.42 minus $736.10 Deductions = $54.32 Net.

If I can be of further assistance please phone me at 501-569-8623.

Sincerely,

*Cheryl D. Snuffer*

Cheryl D. Snuffer
Fiscal Support Analyst

## IN THE DISTRICT COURT OF LITTLE ROCK, ARKANSAS

THE BOARD OF TRUSTEES FOR THE UNIVERSITY
OF ARKANSAS d/b/a UNIVERSITY OF ARKANSAS FOR
MEDICAL SCIENCES d/b/a UNIVERSITY HOSPITAL

2014 NOV 14  PH 3: 01

LITTLE ROCK OF PLAINTIFF
CIVIL COURT

**V.**        **CASE NO.  2014-0170**

KIMBERLY L KENNEY, SSN: ***-**-5252                    **DEFENDANT**

UNIVERSITY OF ARKANSAS AT LITTLE ROCK                 **GARNISHEE**

### WRIT OF GARNISHMENT

**NOTICE TO GARNISHEE:**

1.      A Judgment has been obtained in our Court against Defendant, and this judgment remains unsatisfied.  The Plaintiff alleges that he has reason to believe that the Garnishee is indebted to Defendant.

2.      The Garnishee is directed to prepare a written answer, UNDER OATH, and to file this answer in the Clerk's Office.  The answer should contain a statement of what goods, chattels, monies, credits or effects the garnishee may have in his possession belonging to the Defendant to satisfy the Judgment.  **UNLESS GARNISHEE FILES SUCH WRITTEN ANSWER WITHIN TWENTY (20) DAYS OF RECEIPT OF THIS WRIT, JUDGMENT MAY BE RENDERED AGAINST GARNISHEE.**

3.      In addition, Garnishee is required to answer any further Interrogatories that may be propounded to him.

4.      There are Federal restrictions on the amount that the Garnishee may withhold from an employee's pay.  Please consult WAGE-HOUR PUBLICATION NO. 1279, obtainable from the United States Department of Labor, Wage and Hour Division, (501) 324-5292 or www.wagehour.dol.gov.

        IN TESTIMONY WHEREOF, I have hereunto set my hand and affix the seal of this Court this _____ day of  NOV 1 4 2014 , 201____ by:

_Sedras Young_____, Clerk
District Court of Little Rock
600 W. Markham Street
Little Rock AR 72201

 **Arkansas Department of Health**

5800 West Tenth Street, Suite 400 ● Little Rock, Arkansas 72204 ● Telephone (501) 661-2201
Governor Asa Hutchinson
Nathaniel Smith, MD, MPH, Director and State Health Officer

June 7, 2016

Kimberly Kenney
5801 West 57th Street
Little Rock, AR 72209

Dear Ms. Kenney:

We received your complaint regarding UAMS in Little Rock, Arkansas. Your complaint
has been carefully reviewed.  However we feel that your complaint requires the resources
of the Accreditation Agency for investigation.  The Accreditation Agency for UAMS is
The Joint Commission and can be reached at One Renaissance Blvd., Oakbrook Terrace,
IL 60181. Telephone 630-792-5800 www.jointcommission.org .

The Arkansas State Medical Board is the authority over physicians, and concerns
regarding physicians may be directed to their attention.   Arkansas State Medical
Board   1401 West Capitol Avenue, Suite 340, Little Rock, AR 72201 Phone:
(501) 296-1802 FAX (501) 296-1805 Web URL:
http://www.armedicalboard.org/support/contact.aspx.

If we can be of any further assistance please call (501) 6612201.

Sincerely;

*Becky Bennett*

Becky Bennett, Section Chief
Health Facility Services
5800 West 10th Street, Suite 400
Little Rock, AR 72201